Opinion filed June 29, 2023



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00124-CV
_____

## JOHNNIE HARGRAVE, Appellant

## V.

## BRECHA ROJA LAND CO., LLC, Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause No. CV1744561**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. In the motion, Appellant states that he no longer desires to pursue this appeal and requests that the appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

JOHN M. BAILEY

June 29, 2023            CHIEF JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.